IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ERIC MOUTAL and ANDREA NEWMAN,    No. 3:17-cv-01444-HZ

   Plaintiffs,

 v.

EXEL, INC., a foreign corporation,     VERDICT for ERIC MOUTAL

   Defendant.

We, the jury, find:

1. Was Defendant at fault in a way alleged by Plaintiff Eric Moutal?

   ANSWER: Yes _____✓\_\_\_ No _____

If your answer is "Yes," go to Question 2. If your answer is "No," your verdict is for Defendant. Answer no more questions. Your presiding juror should date and sign this verdict form.

2. Was Defendant's fault a cause of damages to Plaintiff Eric Moutal?

   ANSWER: Yes _____✓\_\_\_ No _____

If your answer is "Yes," go to Question 3. If your answer is "No," your verdict is for

1 - VERDICT for ERIC MOUTAL

Defendant.  Answer no more questions.  Your presiding juror should date and sign this verdict form.

3.  Was Plaintiff Eric Moutal at fault in a way alleged by Defendant?

ANSWER:    Yes _____    No _____✓_____

If your answer is "Yes," go to Question 4.  If your answer is "No," go to Question 6.

4.  Was Plaintiff Eric Moutal's fault a cause of damage to him?

ANSWER:    Yes _____    No _____

If your answer is "Yes," go to Question 5.  If your answer is "No," go to Question 6.

5.  What is the percentage of each party's fault that caused damage to Plaintiff Eric Moutal?  (The percentages must total 100%).

ANSWER:    Plaintiff Eric Moutal: ~~7258~~ /CM ___ %

Defendant: _____ %

Continue to Question 6.

6.  What are Plaintiff Eric Moutal's damages?  (In answering Question 6, do not reduce the damages by Plaintiff Eric Moutal's percentage of fault, if any.  The Court will do this later).

ANSWER: Economic damages: $ __1,258,893.75 (U.S.)__

Noneconomic damages: $ __4,000,000.00 (U.S.)__

Continue to Question 7.

7.  Should punitive damages be awarded to Plaintiff Eric Moutal?

ANSWER:    Yes ___✓___    No _____

If your answer is "Yes," go to Question 8.  If your answer is "No," answer no more questions.  Your presiding juror should date and sign this verdict form.

2 - VERDICT for ERIC MOUTAL

8. What is the amount of punitive damages you award in favor of Plaintiff Eric Moutal and against Defendant Exel, Inc.?

ANSWER: $ *4,000,000.00 (US)*

Dated this *13th* day of *December*, 2019

Presiding Juror

3 - VERDICT for ERIC MOUTAL