IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ERIC MOUTAL and ANDREA NEWMAN,                    No. 3:17-cv-01444-HZ

Plaintiffs,

v.

EXEL, INC., a foreign corporation,                         VERDICT for ANDREA NEWMAN

Defendant.

We, the jury, find:

1. Was Defendant at fault in a way alleged by Plaintiff Andrea Newman?

ANSWER:    Yes ____✓____ No _____

If your answer is "Yes," go to Question 2.  If your answer is "No," your verdict is for Defendant.  Answer no more questions.  Your presiding juror should date and sign this verdict form.

2. Was Defendant's fault a cause of damages to Plaintiff Andrea Newman?

ANSWER:    Yes ____✓____ No _____

If your answer is "Yes," go to Question 3.  If your answer is "No," your verdict is for

1 - VERDICT for ANDREA NEWMAN

Defendant. Answer no more questions. Your presiding juror should date and sign this verdict form.

3. Was Plaintiff Andrea Newman at fault in a way alleged by Defendant?

ANSWER:   Yes _____   No ____✓____

If your answer is "Yes," go to Question 4. If your answer is "No," go to Question 6.

4. Was Plaintiff Andrea Newman's fault a cause of damage to her?

ANSWER:   Yes _____   No _____

If your answer is "Yes," go to Question 5. If your answer is "No," go to Question 6.

5. What is the percentage of each party's fault that caused damage to Plaintiff Andrea Newman? (The percentages must total 100%).

ANSWER:   Plaintiff Andrea Newman: _____ %

Defendant: _____ %

Continue to Question 6.

6. What are Plaintiff Andrea Newman's damages? (In answering Question 6, do not reduce the damages by Plaintiff Andrea Newman's percentage of fault, if any. The Court will do this later).

ANSWER:   Noneconomic damages: $ __400,000 (US)__

Dated this __13th__ day of __December__, 2019

_____
Presiding Juror

2 - VERDICT for ANDREA NEWMAN